Case 5:26-cv-03214-SLP Document 1-6 Filed 10/23/26 Page 1 of 4

# EXHIBIT 6

## Agreed Order Withdrawing Defendant’s Motion to Stay All Claims

ELECTRONICALLY FILED
2026 Jun 23 AM 9:17
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: SG-2026-CV-001216
PII COMPLIANT

| | |
|---|---|
| **Court:** | Sedgwick County District Court |
| **Case Number:** | SG-2026-CV-001216 |
| **Case Title:** | River Walk Best Living LLC vs. YSA Investments I, LLC |
| **Type:** | ORD: Order (Generic) Agreed Order Withdrawing Defendant's Motion to Stay All Claims |

SO ORDERED,

/s/ Honorable Stephen Ternes

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT OF SEDGWICK COUNTY, KANSAS**
**CIVIL DIVISION**

| | | |
|---|---|---|
| RIVER WALK BEST LIVING LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>YSA INVESTMENTS 1, LLC, a Delaware Limited liability company,<br><br>Defendant.<br><br>Proceeding under K.S.A. Chapter 60 | ) | Case No. SG-2026-CV-1216 |

**AGREED ORDER WITHDRAWING**
**DEFENDANT'S MOTION TO STAY ALL CLAIMS**

Upon agreement of the parties, the Court withdraws and strikes Defendant YSA Investments 1, LLC's Motion to Stay All Claims. The Court finds that withdrawing and striking Defendant's Motion as moot is proper because the Motion requested a stay until the Delaware Chancery Court issued a decision and the Delaware Chancery Court entered that decision on June 8, 2026 in its Post-Trial Memorandum Opinion.

IT IS THEREFORE ORDERED that Defendant's Motion to Stay All Claims is withdrawn and stricken as moot.

IT IS SO ORDERED this ___ day of June, 2026.

______________________________
JUDGE OF THE DISTRICT COURT



{1806994;}

AGREED AND APPROVED:

*/Todd A. Nelson/* ____________
Todd A. Nelson, No. 16028
GABLEGOTWALS
110 N. Elgin, Ste. 200
Tulsa, Oklahoma 74120
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
E-Mail: *tnelson@gablelaw.com*

*Admitted Pro Hac Vice:*
David P. Limekiller, OBA No. 18173
GABLEGOTWALS
110 North Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120-1495
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
E-mail: dlimekiller@gablelaw.com

*Attorneys for Defendant YSA Investments 1, LLC*

/Nanette Turner Kalcik/
Nanette Turner Kalcik (KS #24030)
STINSON LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
(316) 268-7926
E-mail: Nanette.kalcik@stinson.com

*Attorney for Plaintiff River Walk Best Living, LLC*